

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00264-CV

**IN RE** Geoffrey **PAWLACZYK**, Relator

Original Proceeding[1]

PER CURIAM

Sitting:    Luz Elena D. Chapa, Justice
            Liza A. Rodriguez, Justice
            Lori I. Valenzuela, Justice

Delivered and Filed: August 28, 2024

PETITION FOR WRIT OF MANDAMUS DENIED

On February 28, 2024, relator filed a petition for a writ of mandamus with the trial court. The trial court forwarded the mandamus petition, and it was received by this court on April 11, 2024. This court has determined the relator is not entitled to the relief sought. Therefore, the petition for a writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 20-439, in the 451st Judicial District Court, Kendall County, Texas, the Honorable Kirsten B. Cohoon, presiding.